Exhibit B

West's Tennessee Code Annotated
 Title 41. Correctional Institutions and Inmates
  Chapter 21. Inmates
   Part 8. Lawsuits by Inmates (Refs & Annos)

T. C. A. § 41-21-812

§ 41-21-812. Nonpayment of fees, taxes, costs and expenses by inmate; acceptance of other claims by same inmate; injunctive relief

Currentness

(a) Except as provided by subsection (b), on notice of assessment of any fees, taxes, costs and expenses under this part, a clerk of a court may not accept for filing another claim by the same inmate until prior fees, taxes, costs and other expenses are paid in full.

(b) A court may allow an inmate who has not paid any costs or expenses assessed against the inmate to file a claim for injunctive relief seeking to enjoin an act or failure to act that creates a substantial threat of irreparable injury or serious physical harm to the inmate.

**Credits**
1996 Pub.Acts, c. 913, § 1, eff. May 8, 1996.

Notes of Decisions (5)

T. C. A. § 41-21-812, TN ST § 41-21-812
Current with laws from the 2013 First Reg. Sess., eff. through March 26, 2013

End of Document © 2013 Thomson Reuters. No claim to original U.S. Government Works.

Exhibit B

IN THE **CIRCUIT** COURT OF TENNESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

UNIFORM CIVIL AFFIDAVIT OF INDIGENCY

In the **CIRCUIT** Court of Shelby County, Docket Number: **CT-003910-13**

**Andre Dotson** vs. Sheriff Bill Oldham, Chief Robert Moore, Shelby County Government, AARAMARK, et al.

I, **Andre Dotson** having been duly sworn according to law, make oath that because of my poverty, I am unable to bear the expenses of this case and that I am justly entitled to the relief sought to the best of my belief. The following facts support my poverty.

1. Full Name (first, middle, last): **Andre Lovell Dotson**
2. Address: **201 Poplar Avenue, Memphis, TN. 38103-1945**
3. Telephone Number (area code + 7 digits): **(901) 222-5500**   4. Date of Birth (MM/DD/YY): **August 11, 1961**
5. Names and ages of all dependents (use additional sheets as necessary):

    | (Name) | (Age) | (Relationship) |
    |---|---|---|
    | Andre L. Dotson | 51 | Self |

6. (a). I am employed by: **Shelby County Justice Center / Pre-trial Detainee Inmate**

    (b). My employer's address is: _____

    (c). My employer's telephone number is: _____ Extension: _____

7. My present income, after federal income and social security taxes are deducted, is

    _____ ○ per week ○ per month

8. I receive, or expect to receive, money from the following sources:

    (a). AFDC: _____ per month beginning _____
    (b). SSI: _____ per month beginning _____
    (c). Retirement: _____ per month beginning _____
    (d). Disability: _____ per month beginning _____
    (e). Unemployment: _____ per month beginning _____
    (f). Worker's Comp: _____ per month beginning _____
    (g). Other: **V.A. Service Related Disability** per month beginning **117.00**

9. My expenses are:
   - (a). Rent/house payment: ∅ per month
   - (b). Groceries: 100.00 per month
   - (c). Electricity: ∅ per month
   - (d). Water: ∅ per month
   - (e). Gas: ∅ per month
   - (f). Transportation: ∅ per month
   - (g). Medical/Dental: ∅ per month
   - (h). Telephone: ∅ per month
   - (i). School Supplies: ∅ per month
   - (j). Clothing: ∅ per month
   - (k). Child Care/Court-ordered Child Support: ∅ per month

10. Assets:
    - (a). Automobile: ∅ (Fair market value)
    - (b). Checking/Savings Acct.: ∅
    - (c). House: ∅ (Fair market value)
    - (d). Other: Life Insurance $10.00 a month

11. My debts are:
    (Amount owed)        (To Whom)

I hereby declare, under the penalty of perjury, that the foregoing answers are true, correct and complete and that I am financially unable to pay the costs of this action.

_____
Plaintiff (Signature)

Sworn and subscribed before me this 10 day of _____, 20 13

My Commission expires:

July 16, 2014

_____
Notary Public / D.C.

My Commission Expires July 16, 2014

IN THE ___CIRCUIT___ COURT OF TENNESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

## ORDER ALLOWING FILING ON PAUPER'S OATH

It appears, based on the Affidavit of Indigency filed in this cause and after due inquiry made, that the Plaintiff is an indigent person and is qualified to file in this case on a pauper's oath.

It is so ordered this the __9th__ day of __September__, 20__13__

_____
Judge

## DETERMINATION OF NONINDIGENCY

It appearing, based upon the Affidavit of Indigency filed in this cause and after due inquiry made, that the Plaintiff is _not_ an indigent person because _____

_____

IT IS ORDERED AND ADJUDGED that the Plaintiff does _not_ qualify for filing this case on a pauper's oath.

This the _____ day of _____, 20_____

_____
Judge

**NOTICE: If the Judge determines that based upon your affidavit you are not eligible to proceed under a pauper's oath, you have the right to a hearing before the Judge.**

| Circuit Court | **AFFIDAVIT OF INCOME AND PROPERTY** | Case Number |
|---|---|---|
| Shelby County | | |
| Memphis Tennessee | | |

Andre Dotson vs. ARAMARK Inc., et al

Comes now the Defendant(s) and, subject to the penalty of perjury, makes oath and says that the following facts are true and that there is NO OTHER source of income or property other than that described below:

1. Full name: Andre Lovell Dotson
Address: 201 Poplar Ave
Phone # 901-222-5500
Soc. Sec. No: 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
Employer: Inmate
Phone # N/A

2. List all dependents:
Name        Age        Relationship
N/A

3. List all income from any source:
$ 117.10                per/wk ☐ /mo ☑
from Veterans Administration Comp
$ _____                per/wk ☐ /mo ☐
from _____
$ _____                per/wk ☐ /mo ☐
from _____

I receive CHILD SUPPORT in the sum of
$ 0 per _____

4. List all bank accounts:
| ACCOUNT | BANK/SOURCE | BALANCE |
|---|---|---|
| Checking | N/A | $ |
| Savings | N/A | $ |
| Other: | N/A | $ |
| Other: | | $ |

5. List all debts:
CREDITOR/ADDRESS          BALANCE

6. List all monthly household expenses:
Rent/Mortgage: $ 0
Utilities: $ 0
Health Insurance: $ 0
Transportation Cost: $ 0
Food: $ 115.00
Clothing: $ 0
Other: $ 11.50
Life Insurance

TOTAL   $ 126.50

7. List all land/house/real estate/property you own:
| DESCRIBE | VALUE |
|---|---|
| None | $ |

8. List all personal property/cars/trucks/furniture/stocks/bonds/tools/equipment you own and its total value:
| DESCRIBE | VALUE |
|---|---|
| Cars 1980 Ford Granada | $ 500.00 |
| Trucks | $ |
| Other | $ |

9. List all assets/property sold or transferred in the last six months:
| DESCRIBE | VALUE |
|---|---|
| None | $ |

10. The last income tax I filed was for _____ and it reflected an income of $ _____ and I attach a copy hereto or will file the same within seven days.

LIST ALL PROPERTY YOU CLAIM TO BE EXEMPT PURSUANT TO LAW:
All clothing for myself and my family; all receptacles for said clothing; family portraits; family Bible; school books; and
Not Applicable

VERIFICATION AND OATH: Comes now the Defendant(s) and makes oath, subject to the penalty of perjury, that the information in this Motion for Installment Payment is true to the best of Petitioner's knowledge, information and belief.
Defendant(s) Andre L. Dotson

Sworn to and subscribed before me
My Commission Expires: July 16, 2014
_____ 2013
Clerk/Deputy Clerk/Notary Public

Commission Expires: July 16, 2014

## Inmate Balance History Report - Simple

Created: 8/21/2013 10:43:38AM

Number:  12146457          Secondary: 10418          Location: 04 C 02 L
Name:    DOTSON, ANDRE

| Transaction | Date | Total Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| TOUCHPAY KIOSK DEPOS | 12/03/2012 11:04:02AM | $20.00 | $20.00 | $0.00 | $0.00 |
| ORDER DEBIT | 12/04/2012 11:36:14AM | ($19.36) | $0.64 | $0.00 | $0.00 |
| ORDER CREDIT | 12/05/2012 08:44:39AM | $3.95 | $4.59 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOS | 12/11/2012 10:09:58AM | $21.00 | $25.59 | $0.00 | $0.00 |
| ORDER DEBIT | 12/11/2012 11:17:53AM | ($25.23) | $0.36 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOS | 12/14/2012 07:41:49PM | $26.00 | $26.36 | $0.00 | $0.00 |
| ORDER DEBIT | 12/15/2012 08:11:54AM | ($26.15) | $0.21 | $0.00 | $0.00 |
| RETURN CREDIT | 12/18/2012 04:46:25PM | $1.08 | $1.29 | $0.00 | $0.00 |
| NURSE VISIT | 12/22/2012 09:56:20AM | ($3.00) | $0.00 | ($1.71) | $0.00 |
| TOUCHPAY KIOSK DEPOS | 12/25/2012 10:21:27PM | $56.00 | $54.29 | $0.00 | $0.00 |
| ORDER DEBIT | 12/27/2012 06:01:31AM | ($29.03) | $25.26 | $0.00 | $0.00 |
| MAIL CREDIT | 12/27/2012 03:56:48PM | $30.00 | $55.26 | $0.00 | $0.00 |
| ORDER DEBIT | 12/29/2012 12:17:47PM | ($34.78) | $20.48 | $0.00 | $0.00 |
| ORDER DEBIT | 12/31/2012 06:34:28PM | ($20.13) | $0.35 | $0.00 | $0.00 |
| RETURN CREDIT | 01/02/2013 04:29:17PM | $10.85 | $11.20 | $0.00 | $0.00 |
| ORDER CREDIT | 01/03/2013 08:43:37AM | $1.73 | $12.93 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 01/03/2013 08:53:43AM | ($5.79) | $7.14 | $0.00 | $0.00 |
| MAIL CREDIT | 01/03/2013 03:22:25PM | $30.00 | $37.14 | $0.00 | $0.00 |
| ORDER DEBIT | 01/05/2013 03:05:39PM | ($28.51) | $8.63 | $0.00 | $0.00 |
| ORDER CREDIT | 01/07/2013 08:49:15AM | $5.77 | $14.40 | $0.00 | $0.00 |
| ORDER DEBIT | 01/07/2013 06:48:54PM | ($14.19) | $0.21 | $0.00 | $0.00 |
| ORDER CREDIT | 01/09/2013 08:29:20AM | $5.77 | $5.98 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOS | 01/09/2013 09:21:19AM | $16.00 | $21.98 | $0.00 | $0.00 |
| ORDER DEBIT | 01/11/2013 06:55:03PM | ($21.68) | $0.30 | $0.00 | $0.00 |
| MAIL CREDIT | 01/14/2013 03:36:41PM | $117.10 | $117.40 | $0.00 | $0.00 |
| ORDER DEBIT | 01/14/2013 04:48:21PM | ($37.17) | $80.23 | $0.00 | $0.00 |
| ORDER DEBIT | 01/19/2013 10:05:46AM | ($31.77) | $48.46 | $0.00 | $0.00 |
| ORDER CREDIT | 01/21/2013 09:13:51AM | $1.59 | $50.05 | $0.00 | $0.00 |
| ORDER DEBIT | 01/22/2013 07:09:48AM | ($31.86) | $18.19 | $0.00 | $0.00 |
| ORDER DEBIT | 01/27/2013 07:54:31AM | ($18.09) | $0.10 | $0.00 | $0.00 |
| ORDER CREDIT | 01/28/2013 08:06:51AM | $1.29 | $1.39 | $0.00 | $0.00 |
| PRESCRIPTIONS FEE | 02/06/2013 08:44:05AM | ($2.00) | $0.00 | ($0.61) | $0.00 |
| NURSE VISIT | 02/06/2013 08:44:21AM | ($3.00) | $0.00 | ($3.61) | $0.00 |
| MAIL CREDIT | 02/08/2013 02:49:45PM | $117.10 | $113.49 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 02/13/2013 03:30:45PM | ($5.80) | $107.69 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 02/15/2013 08:35:46AM | ($5.80) | $101.89 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 02/21/2013 10:02:00AM | ($5.80) | $96.09 | $0.00 | $0.00 |
| NURSE VISIT | 03/03/2013 03:41:43AM | ($3.00) | $93.09 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 03/08/2013 08:43:18AM | ($5.80) | $87.29 | $0.00 | $0.00 |
| MAIL CREDIT | 03/11/2013 02:55:02PM | $117.10 | $204.39 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 03/18/2013 09:30:21AM | ($5.80) | $198.59 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 03/18/2013 09:31:05AM | ($5.80) | $192.79 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 03/18/2013 09:31:48AM | ($5.80) | $186.99 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 03/21/2013 09:09:09AM | ($5.80) | $181.19 | $0.00 | $0.00 |
| MAIL CREDIT | 03/21/2013 03:10:40PM | $16.60 | $197.79 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 03/22/2013 09:00:26AM | ($6.00) | $191.79 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 03/27/2013 09:27:36AM | ($5.80) | $185.99 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 03/28/2013 09:25:59AM | ($6.00) | $179.99 | $0.00 | $0.00 |
| ORDER DEBIT | 03/30/2013 11:21:45AM | ($37.54) | $142.45 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 04/01/2013 10:00:09AM | ($5.80) | $136.65 | $0.00 | $0.00 |
| MAIL CREDIT | 04/01/2013 04:05:48PM | $117.10 | $253.75 | $0.00 | $0.00 |
| ORDER DEBIT | 04/01/2013 05:40:17PM | ($38.26) | $215.49 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOS | 04/03/2013 07:17:17PM | $31.00 | $246.49 | $0.00 | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

## Inmate Balance History Report - Simple

Created: 8/21/2013 10:43:38AM

Number: 12146457  Secondary: 10418  Location: 04 C 02 L
Name: DOTSON, ANDRE

| Transaction | Date | Total Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| RETURN CREDIT | 04/04/2013 05:07:09PM | $1.80 | $248.29 | $0.00 | $0.00 |
| ORDER DEBIT | 04/06/2013 08:40:44AM | ($37.94) | $210.35 | $0.00 | $0.00 |
| ORDER DEBIT | 04/09/2013 11:11:34AM | ($38.17) | $172.18 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOS | 04/09/2013 06:19:08PM | $20.00 | $192.18 | $0.00 | $0.00 |
| ORDER CREDIT | 04/10/2013 08:20:05AM | $3.55 | $195.73 | $0.00 | $0.00 |
| ORDER DEBIT | 04/13/2013 07:22:30PM | ($27.83) | $167.90 | $0.00 | $0.00 |
| ORDER DEBIT | 04/15/2013 08:12:02PM | ($38.14) | $129.76 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOS | 04/18/2013 01:19:50PM | $46.00 | $175.76 | $0.00 | $0.00 |
| ORDER DEBIT | 04/20/2013 10:42:08AM | ($33.08) | $142.68 | $0.00 | $0.00 |
| 3RD PARTY RELEASE | 04/21/2013 02:18:26PM | ($40.00) | $102.68 | $0.00 | $0.00 |
| NURSE VISIT | 04/24/2013 01:49:23AM | ($3.00) | $99.68 | $0.00 | $0.00 |
| ORDER DEBIT | 04/24/2013 06:08:24AM | ($25.27) | $74.41 | $0.00 | $0.00 |
| ORDER DEBIT | 04/27/2013 07:53:21PM | ($35.69) | $38.72 | $0.00 | $0.00 |
| ORDER CREDIT | 04/29/2013 08:25:41AM | $1.08 | $39.80 | $0.00 | $0.00 |
| RETURN CREDIT | 04/30/2013 05:16:53PM | $34.61 | $74.41 | $0.00 | $0.00 |
| MAIL CREDIT | 05/01/2013 03:29:20PM | $117.10 | $191.51 | $0.00 | $0.00 |
| ORDER CREDIT | 05/02/2013 02:41:04PM | $1.08 | $192.59 | $0.00 | $0.00 |
| NURSE VISIT | 05/02/2013 11:30:23PM | ($3.00) | $189.59 | $0.00 | $0.00 |
| ORDER CORRECTION | 05/03/2013 10:51:50AM | ($1.08) | $188.51 | $0.00 | $0.00 |
| INTAKE CREDIT | 05/09/2013 02:34:33PM | $286.50 | $475.01 | $0.00 | $0.00 |
| 3RD PARTY RELEASE | 05/13/2013 07:30:16PM | ($99.99) | $375.02 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 05/15/2013 08:46:33AM | ($5.80) | $369.22 | $0.00 | $0.00 |
| 3RD PARTY RELEASE | 05/16/2013 11:41:31PM | ($99.99) | $269.23 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 05/20/2013 09:48:57AM | ($5.80) | $263.43 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 05/20/2013 09:51:03AM | ($6.32) | $257.11 | $0.00 | $0.00 |
| ORDER DEBIT | 05/28/2013 06:17:56AM | ($37.75) | $219.36 | $0.00 | $0.00 |
| ORDER DEBIT | 05/29/2013 11:26:53AM | ($38.17) | $181.19 | $0.00 | $0.00 |
| MAIL CREDIT | 05/31/2013 03:29:08PM | $117.10 | $298.29 | $0.00 | $0.00 |
| ORDER DEBIT | 06/02/2013 10:01:00AM | ($37.97) | $260.32 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 06/03/2013 09:24:49AM | ($5.80) | $254.52 | $0.00 | $0.00 |
| ORDER DEBIT | 06/03/2013 03:17:54PM | ($35.83) | $218.69 | $0.00 | $0.00 |
| VOID-NURSE VISIT | 06/07/2013 10:02:03AM | $3.00 | $221.69 | $0.00 | $0.00 |
| ORDER DEBIT | 06/08/2013 08:15:51PM | ($23.01) | $198.68 | $0.00 | $0.00 |
| ORDER DEBIT | 06/12/2013 06:02:36AM | ($32.33) | $166.35 | $0.00 | $0.00 |
| 3RD PARTY RELEASE | 06/12/2013 04:30:10PM | ($40.00) | $126.35 | $0.00 | $0.00 |
| RETURN CREDIT | 06/13/2013 05:27:50PM | $1.00 | $127.35 | $0.00 | $0.00 |
| ORDER DEBIT | 06/16/2013 04:25:30PM | ($23.59) | $103.76 | $0.00 | $0.00 |
| ORDER DEBIT | 06/19/2013 05:59:07AM | ($37.19) | $66.57 | $0.00 | $0.00 |
| ORDER DEBIT | 06/22/2013 03:51:25PM | ($19.38) | $47.19 | $0.00 | $0.00 |
| ORDER DEBIT | 06/24/2013 05:03:02PM | ($32.92) | $14.27 | $0.00 | $0.00 |
| MAIL CREDIT | 06/25/2013 04:22:02PM | $25.90 | $40.17 | $0.00 | $0.00 |
| ORDER CREDIT | 06/26/2013 08:33:44AM | $1.29 | $41.46 | $0.00 | $0.00 |
| ORDER CREDIT | 06/26/2013 08:52:21AM | $3.06 | $44.52 | $0.00 | $0.00 |
| MAIL CREDIT | 06/28/2013 03:56:55PM | $74.20 | $118.72 | $0.00 | $0.00 |
| VOID-MAIL CREDIT | 06/28/2013 04:14:25PM | ($74.20) | $44.52 | $0.00 | $0.00 |
| MAIL CREDIT | 06/28/2013 04:15:12PM | $47.20 | $91.72 | $0.00 | $0.00 |
| ORDER DEBIT | 06/29/2013 07:53:54PM | ($23.41) | $68.31 | $0.00 | $0.00 |
| ORDER DEBIT | 07/03/2013 06:39:54AM | ($27.15) | $41.16 | $0.00 | $0.00 |
| ORDER DEBIT | 07/07/2013 09:17:11AM | ($24.21) | $16.95 | $0.00 | $0.00 |
| ORDER CREDIT | 07/08/2013 09:59:39AM | $2.73 | $19.68 | $0.00 | $0.00 |
| ORDER DEBIT | 07/09/2013 09:05:38AM | ($13.15) | $6.53 | $0.00 | $0.00 |
| PROVIDER FEE | 07/12/2013 11:41:31PM | ($5.00) | $1.53 | $0.00 | $0.00 |
| ORDER DEBIT | 07/19/2013 05:27:48PM | ($1.49) | $0.04 | $0.00 | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

## Inmate Balance History Report - Simple

Created: 8/21/2013 10:43:38AM

Number: 12146457　　　　　　　　Secondary: 10418　　　　　Location: 04 C 02 L
Name: DOTSON, ANDRE

| Transaction | Date | Total Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| TOUCHPAY KIOSK DEPOS | 07/31/2013 01:40:18PM | $30.00 | $30.04 | $0.00 | $0.00 |
| MAIL CREDIT | 08/01/2013 02:54:54PM | $93.80 | $123.84 | $0.00 | $0.00 |
| ORDER DEBIT | 08/02/2013 06:31:46PM | ($29.89) | $93.95 | $0.00 | $0.00 |
| ORDER DEBIT | 08/05/2013 04:38:05PM | ($14.11) | $79.84 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOS | 08/08/2013 08:26:49PM | $40.00 | $119.84 | $0.00 | $0.00 |
| ORDER DEBIT | 08/10/2013 12:15:24PM | ($29.15) | $90.69 | $0.00 | $0.00 |
| ORDER DEBIT | 08/13/2013 08:30:54AM | ($19.80) | $70.89 | $0.00 | $0.00 |
| CERTIFIED MAIL CHARGE | 08/13/2013 09:26:48AM | ($5.80) | $65.09 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOS | 08/13/2013 03:56:08PM | $30.00 | $95.09 | $0.00 | $0.00 |
| RETURN CREDIT | 08/15/2013 04:54:40PM | $0.65 | $95.74 | $0.00 | $0.00 |
| ORDER DEBIT | 08/18/2013 08:22:05AM | ($14.87) | $80.87 | $0.00 | $0.00 |
| ORDER DEBIT | 08/20/2013 10:37:23AM | ($21.73) | $59.14 | $0.00 | $0.00 |
| | **Ending Totals:** | | **$59.14** | **$0.00** | **$0.00** |

ARAMARK Correctional Services
at Shelby County Jail

*[signature]*　　8/21/2013
Certified By　　　Date

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.