**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

|  |  |
|---|---|
| ANDRE LOVELL DOTSON,<br><br>    Plaintiff,<br><br>v.<br><br>SHELBY COUNTY GOVERNMENT, et al.,<br><br>    Defendants. | Case No. 2:13-cv-02766-SHL-dkv |

**ORDER OF DISMISSAL**

The *pro se* plaintiff, Andre Lovell Dotson, filed a civil complaint in the Circuit Court for Shelby County, Tennessee, arising under the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"), 42 U.S.C. §§ 2000cc *et seq.*, the Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb *et seq.*, and 42 U.S.C. § 1983, which was removed to federal court by certain defendants. The only remaining claims, which are asserted against Shelby County and two of its employees, Bill Oldham and Robert Moore, in their official capacities, arise under the RLUIPA and § 1983 Free Exercise Clause due to a failure to provide a halal diet at the Shelby County Jail. (*See* ECF No. 56 at 26; ECF No. 85 at 2-4.)

Two orders that were issued on January 5, 2017 and March 28, 2017, were returned by the post office as undeliverable. (ECF Nos. 99 & 101.) The envelope containing the January 5, 2017 order contained a notice that Plaintiff was "[p]aroled 9/29/16." (ECF No. 99 at PageID 1018.)

To date, Plaintiff has not notified the Clerk of his new address. His last communication with the Court was on March 11, 2016. (*See* ECF No. 94.) The most basic responsibility of a litigant is to keep the Court advised of his whereabouts. Because more than seven months have passed since Plaintiff's release with no communication from him, it is evident that he has abandoned this action. Therefore, the Court **DISMISSES** the case with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Judgment shall be entered for Defendants.

**IT IS SO ORDERED**, this 19th day of May, 2017.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE