# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ANDRE LOVELL DOTSON, )<br>  )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>SHELBY COUNTY GOVERNMENT, et al., )<br>  )<br>    Defendants. )<br>  ) | No. 13-cv-2766-SHL-dkv |

## JUDGMENT

This action having come before the Court on Defendants' Notice of Removal (ECF No. 1), filed October 2, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal (ECF No. 102) entered May 19, 2017, all claims by Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

May 19, 2017
Date